## HONORE LEONARD *v.* JOSEPH KLEINPETRE et. al.

The plaintiff brought an action for the removal of obstructions to the natural drainage which
the defendant has made, and also for damages. *Held:* That the plaintiff, after dismissing
his claim for damages, still had the right to insist upon a judgment for the removal of the
obstructions.

APPEAL from the District Court of Iberville, *Burk*, J. *W. E. Edwards*,
for plaintiff. *H. F. Deblieu*, for defendants. The judgment of the court
(*Slidell*, J., absent,) was pronounced by

Rost, J. This is a suit for the removal of levees and embankments erected
by the defendants, on their land, which it is alleged obstruct the natural flow
of the waters falling upon or passing through the land of the plaintiff. The
petition contains also a claim for damages.

The defendants having failed to answer, the plaintiff took a judgment by
default, and there being no jury in attendance at the time, he waived the dam-
ages, in order to try his case, and adduced evidence in support of his allegations,
after having dismissed the suit as to *Nerault*, one of the defendants.

The district judge dismissed the petition on the ground that this was purely
an action of damages, and that as the damages had been waived, there was
nothing before the court. The plaintiff has appealed, and the defendants have
appeared in this court.

The judgment is manifestly wrong; the prayer for the removal of the
obstructions, is as distinct as language can make it, and the testimony clearly
establishes that the defendants have erected, on their upper line, (which is the
lower line of the plaintiff,) a levee which completely closes his natural drains
and renders his land unfit for cultivation.

As the case is before us, he is entitled to have those drains opened. If it be
true, that the defendants had a good defence to make, they should have appeared
and made it. We are not called upon to take better care of them, than they
choose to take of themselves.

It is ordered, that the judgment in this case be reversed. It is further ordered, that the defendants be directed to remove the obstruction which arrests the natural flow of the waters, falling upon or passing through the land of the plaintiff, described in the petition, and to restore his natural drains to their original depth. It is further ordered, that a *writ of distringas* issue, if necessary to enforce this decree, and that the costs in both courts, except those made against the defendant, *Nerault*, be paid by the defendants; the excepted costs to be paid by the plaintiff.